UNITED STATES DISTRICT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISON

| | |
|---|---|
| HARRY BARNES, JOHN MURRAY, ROBERT DESROSIER, KENNETH HOYT, and JUDY WHITE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>3 RIVERS TELEPHONE COOPERATIVE, INC, et al.,<br><br>Defendants. | Cause No. CV-21-118-GF-BMM<br><br>**ORDER** |

Plaintiffs seek to vacate the hearing on Defendant 3 Rivers Telephone Cooperative, Inc.'s Motion to Dismiss which is currently scheduled for 1:30 p.m. on April 4, 2022. The motion is unopposed. Accordingly,

IT IS ORDERED that Plaintiffs' Motion (Doc. 15) is GRANTED. The hearing on Defendant 3 Rivers Telephone Cooperative, Inc.'s Motion to Dismiss which is currently scheduled for 1:30 p.m. on April 4, 2022 is hereby VACATED and re-set for April 14, 2022 at 1:30 p.m.

DATED this 29th day of March, 2022.

/s/ Brian Morris

Brian Morris, Chief District Judge
United States District Court

*Barnes, et al v 3 Rivers, et al*