Terryl T. Matt, Esq.
Joseph Sherwood, Esq.
MATT LAW OFFICE
310 East Main
Cut Bank, Montana 59427
Telephone: (406) 873-4833
Facsimile: (406) 873-0744
Email: terrylm@mattlawoffice.com

Jeffrey G. Winter, Esq.
Durocher & Winter, P.C.
118 6th Street South
P.O. Box 1629
Great Falls, Montana 59401
Telephone: (406) 727-4020
Facsimile: (406) 771-7319
Email: jwinter@mtlawyers.net

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| HARRY BARNES, JOHN MURRAY, ROBERT DESROSIER, KENNETH HOYT, and JUDY WHITE, on behalf of themselves and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>3 RIVERS TELEPHONE COOPERATIVE, INC.,<br><br>Defendant. | Case No. 21-118-GF-BMM<br><br>**PLAINTIFFS'** *UNOPPOSED* **MOTION FOR: (1) PRELIMINARY APPROVAL OF SETTLEMENT; (2) CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS; (3) APPOINTMENT OF CLASS REPRESENTATIVES; (4) APPOINTMENT OF CLAIM ADMINISTRATOR; (5) APPOINTMENT OF CLASS COUNSEL; (6) APPROVAL OF FORM AND TIMING OF PROPOSED NOTICE OF SETTLEMENT AND OPPORTUNITY TO OBJECT; AND (7) SETTING HEARING FOR FINAL APPROVAL** |

Plaintiffs Harry Barnes, John Murray, Robert DesRosier, Kenneth Hoyt, and Judy White (collectively, "Plaintiffs"), individually and on behalf of a putative class consisting of all members of Defendant 3 Rivers Telephone Cooperative, Inc. served in the Browning Telephone/Internet Exchange ("Browning Exchange") at the time of Defendant's sale of the Browning Exchange to Siyeh Development

2

Communications, Inc. ("SiyCom") on December 31, 2020, respectfully move the Court to issue a Preliminary Approval Order which:

1. Preliminarily approves the terms of the parties' Settlement Agreement;

2. Conditionally certifies a class for purposes of settlement (the "Settlement Class");

3. Appoints Plaintiffs as Class Representatives;

4. Appoints REDW LLC as Claim Administrator;

5. Appoints Jeffrey G. Winter and Terryl T. Matt as Class Counsel;

6. Approves the form, content and method of delivery of the Notice to the Settlement Class as set out in the Settlement Agreement; and

7. Schedules a Fairness Hearing on the fairness, reasonableness and adequacy of the Settlement in accordance with the deadlines proposed in the Settlement Agreement.

Plaintiffs have contacted counsel for Defendant 3 Rivers Telephone Cooperative, Inc., who indicated that Defendant does not oppose this Motion. This Motion is supported by the accompanying Brief in Support. A proposed Order is attached hereto.

DATED this 27th day of January, 2023.

                                        MATT LAW OFFICE, PLLC

                                        By: /s/ Terryl T. Matt
                                        Terryl T. Matt, Esq.

DUROCHER & WINTER, P.C.

By: /s/ Jeffrey G. Winter
Jeffrey G. Winter, Esq.

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was duly served upon the following by mail, hand delivery, Federal Express or facsimile transmission:

<pre>
  X   CM/ECF
_____ Hand Delivery
_____ U.S. Mail
_____ Facsimile
_____ Electronic Mail
</pre>

William J. Mattix (MT Bar #2419)
David F. Knobel (MT Bar #212614)
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 259-4159
Emails: wmattix@crowleyfleck.com
dknobel@crowleyfleck.com
 Attorneys for Defendant

DATED this 27th day of January, 2023.

/s/ Jeffrey G. Winter
Durocher & Winter, P.C.