Terryl T. Matt, Esq.
Joseph Sherwood, Esq.
MATT LAW OFFICE
310 East Main
Cut Bank, Montana 59427
Telephone: (406) 873-4833
Facsimile: (406) 873-0744
Email: terrylm@mattlawoffice.com

Jeffrey G. Winter, Esq.
Durocher & Winter, P.C.
118 6th Street South
P.O. Box 1629
Great Falls, Montana 59401
Telephone: (406) 727-4020
Facsimile: (406) 771-7319
Email: jwinter@mtlawyers.net

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

_____

| | |
|---|---|
| HARRY BARNES, JOHN MURRAY, ROBERT DESROSIER, KENNETH HOYT, and JUDY WHITE, on behalf of themselves and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>3 RIVERS TELEPHONE COOPERATIVE, INC.,<br><br>Defendant. | Case No. 21-118-GF-BMM<br><br>**PLAINTIFFS'** ***UNOPPOSED*** **MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

1

Plaintiffs Harry Barnes, John Murray, Robert DesRosier, Kenneth Hoyt, and Judy White on behalf of themselves and all those similarly situated (collectively, "Plaintiffs"), respectfully move the Court to issue a Final Approval Order which:

1. Approves the parties' Class Settlement Agreement as fair, reasonable and adequate;

2. Approves the parties' Notice procedures as reasonable and sufficient to meet due process;

3. Certifies the Settlement Class for purposes of this settlement; and

4. Fully and finally concludes this matter in accordance with the parties' Class Settlement Agreement.

Plaintiffs have contacted counsel for Defendant 3 Rivers Telephone Cooperative, Inc., who indicated that Defendant does not oppose this Motion. This Motion is supported by the accompanying Brief in Support.

DATED this 17th day of April, 2023.

MATT LAW OFFICE, PLLC

By: /s/ Terryl T. Matt
Terryl T. Matt, Esq.

DUROCHER & WINTER, P.C.

By: /s/ Jeffrey G. Winter
Jeffrey G. Winter, Esq.

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was duly served upon the following by mail, hand delivery, Federal Express or facsimile transmission:

      X    CM/ECF
             Hand Delivery
             U.S. Mail
             Facsimile
             Electronic Mail

William J. Mattix (MT Bar #2419)
David F. Knobel (MT Bar #212614)
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 259-4159
Emails: wmattix@crowleyfleck.com
dknobel@crowleyfleck.com
*Attorneys for Defendant*

Lawrence A. Anderson
Attorney at Law, P.C.
300 4th Street North
P.O. Box 2608
Great Falls, MT 59403-2608
Telephone: (406) 727-8466
Facsimile: (406) 771-8812
Email: laalaw@me.com
*Attorneys for Blackfeet Indian Nation*

Derek E. Kline
Blackfeet Legal Department
P.O. Box 849
Browning, MT 59417
Phone: (603) 707-1721
Email: derekekline@gmail.com
*Attorneys for Blackfeet Indian Nation*

     DATED this 17th day of April, 2023.

                        */s/ Jeffrey G. Winter*
                        Durocher & Winter, P.C.