# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| HARRY BARNES, JOHN MURRAY, ROBERT DESROSIER, KENNETH HOYT, and JUDY WHITE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>3 RIVERS TELEPHONE COOPERATIVE, INC, et al.,<br><br>Defendants. | No. 4:21-cv-00118-BMM<br><br>**ORDER APPROVING PLAN FOR ADMINISTRATION OF BENEFIT CHECKS FOR CLASS MEMBERS THAT HAVE NOT YET BEEN NEGOTIATED AND FOR DISTRIBUTION OF REMAINDER FUNDS** |

Class Counsel filed a Status Report to the Court and <u>Unopposed</u> Petition Requesting Approval of Plan for Administration of Benefit Checks for Certain Class Members That Have Not Yet Been Negotiated and for Distribution of Remainder Funds (Doc. 70).  The Petition is unopposed and the Court-appointed Settlement Fiduciary, former United States Magistrate Judge Jeremiah Lynch, is in agreement with said Petition.

The Court held a telephonic status conference with counsel for the parties on January 25, 2024.  During the status conference, the Court requested class counsel to continue their efforts to locate any class members whose checks have been returned

Order Approving Plan For Administration Of Benefit Checks
For Class Members That Have Not Yet Been Negotiated And
For Distribution Of Remainder Funds

P a g e | **1**

as undeliverable and for whom the claim administrator has been unable to ascertain any current or forwarding address. The Court further advised that such class members should be granted an additional sixty (60) days to negotiate their benefit checks.

NOW, THEREFORE, IT IS ORDERED that Class Counsel's Petition (Doc. 70) is GRANTED, subject to the modifications set forth herein with respect to class members whose checks have been returned as undeliverable and for whom the claim administrator has been unable to ascertain any current or forwarding address.

The following procedure shall govern the administration of benefit checks which have not yet been negotiated by class members, and shall further govern class counsel's request of court approval for the distribution of Remainder Funds:

1. Benefit checks pertaining to class members to whom checks have been mailed and have not been returned as undeliverable, including those pertaining to class members who were living as of the Effective Date (December 31, 2020) but who are now deceased, shall not expire on January 30, 2024 but instead shall remain negotiable by the class member or the Personal Representative or heirs of the deceased class member's estate, as the case may be for an additional sixty (60) days.

After the expiration of said 60 day period, which will occur on March 30, 2024, any such benefit checks which have not been negotiated by that time shall be void and such funds shall be allocated as Remainder Funds, to be

Order Approving Plan For Administration Of Benefit Checks
For Class Members That Have Not Yet Been Negotiated And
For Distribution Of Remainder Funds

P a g e | 2

distributed in accordance with Paragraph 19. c) of the Class Settlement Agreement.

On or before February 2, 2024, class counsel shall mail a letter to said class members via certified mail, return receipt requested, to the addresses provided by Defendant 3 Rivers according to its business records, informing the class member that if the benefit check is not cashed or negotiated by March 30, 2024, the check will become void and the class member will forfeit its right to receive any share of the class settlement.

2. Benefit checks pertaining to the U.S. Department of Agriculture National Finance Center; the following three bureaus or sub-agencies of the U.S. Department of the Interior, Bureau of Indian Affairs: (1) Blackfeet Agency in Browning, Montana, (2) Rocky Mountain Regional Office in Billings, Montana, and (3) Bureau of Trust Funds Administration in Albuquerque, New Mexico; the Department of the Interior, National Park Service, in West Glacier, Montana; and Wells Fargo Bank, N.A., shall not expire on January 30, 2024 but instead shall remain negotiable by an authorized representative of the class member for an additional sixty (60) days.

After the expiration of said 60 day period, which will occur on March 30, 2024, any such benefit checks which have not been negotiated by that time shall be void and such funds shall be allocated as Remainder Funds, to be

Order Approving Plan For Administration Of Benefit Checks
For Class Members That Have Not Yet Been Negotiated And
For Distribution Of Remainder Funds

P a g e | 3

distributed in accordance with Paragraph 19. c) of the Class Settlement Agreement.

On or before February 2, 2024, class counsel shall mail a letter to the government agencies and Wells Fargo Bank, N.A., as set forth above via certified mail, return receipt requested, to the addresses provided by Defendant 3 Rivers according to its business records. The certified letter shall inform the class member to which it is addressed that if the benefit check is not cashed or negotiated by March 30, 2024, the check will become void and the class member will forfeit its right to receive any share of the class settlement.

3. Benefit checks pertaining to class members whose checks have been returned as undeliverable and for whom the claim administrator has been unable to ascertain any current or forwarding address, shall not expire on January 30, 2024 but instead shall remain negotiable by the class member for an additional sixty (60) days.

After the expiration of said 60 day period, which will occur on March 30, 2024, any such benefit checks which have not been negotiated by that time shall be void and such funds shall be allocated as Remainder Funds, to be distributed in accordance with Paragraph 19. c) of the Class Settlement Agreement.

Class counsel shall continue their efforts to locate any class members whose checks have been returned as undeliverable and for whom the claim

Order Approving Plan For Administration Of Benefit Checks
For Class Members That Have Not Yet Been Negotiated And
For Distribution Of Remainder Funds

P a g e | 4

administrator has been unable to ascertain any current or forwarding address. Class counsel will seek assistance in locating such class members from appropriate agencies of the Blackfeet Tribe, such as the Blackfeet tribal enrollment office and tribal council.

    4.    On or before March 15, 2024, class counsel shall file a report with the Court regarding the status of class member benefit checks.

    5.    On or before April 19, 2024, class counsel will file a motion with the court requesting that the court approve the distribution of Remainder Funds to specified charitable or educational organizations for the benefit of Native American members of the Blackfeet Tribe, in accordance with Paragraph 19. c) i) of the Class Settlement Agreement.

DATED this 26th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court

Order Approving Plan For Administration Of Benefit Checks
For Class Members That Have Not Yet Been Negotiated And
For Distribution Of Remainder Funds

P a g e | 5